Order issued September 20 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00731-CV

**CONSTANCE GIBSON, AS NEXT FRIEND OF M.G., A MINOR, Appellant**

**V.**

**GARLAND INDEPENDENT SCHOOL DISTRICT, Appellee**

## ORDER

Appellant's agreed motion to extend the time for filing a motion for rehearing in this cause is **GRANTED**. The Clerk is directed to file the motion for rehearing as of September 13, 2012.

ELIZABETH LANG-MIERS
JUSTICE